

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Jessica R. Ecker*
*Assistant United States Attorney*

*970 Broad Street, 7th Floor*
*Newark, New Jersey 07102*
*(973) 645-2700*

April 11, 2025

**Via ECF**

Hon. Brian R. Martinotti
United States District Judge
Frank R. Lautenberg Post Office
    & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

        Re:   *United States v. Syed, et al.*
                Crim. No. 22-818

Dear Judge Martinotti:

    The Government respectfully submits this letter requesting an additional 30-day extension of time—until May 14, 2025—to respond to the Court's February 27, 2025 Order directing the Government to (i) identify the audio, video, and tape recordings it seeks to use at trial, and (ii) identify the co-conspirator hearsay statements and/or portions thereof it seeks to use at trial. Dkt. No. 211.

    The Government believes that an additional 30-day extension is appropriate given (i) the volume of material to be reviewed to make the identifications required by the Order, (ii) the fact that, although the trial has not yet been scheduled, the Government's identifications in response to the Order likely will bear on the admissibility of that evidence at any forthcoming trial, and (iii) the status of plea negotiations, which may in the interim render aspects of the Order moot.

    Counsel for each of Abid Syed, Tariq Din, and Muhammad Aurangzeb consent to this request.

    Thank you for your consideration.

- 2 -

                              Respectfully submitted,

                              ALINA HABBA
                              United States Attorney


                              */s/ Jessica R. Ecker*
By:    Jessica R. Ecker
        Assistant U.S. Attorney


SO ORDERED:

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: APRIL 11, 2025